IN THE MATTER OF OPINION 568 NEW JERSEY SUPREME
COURT ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS.

September 4, 1986.

This matter having been duly presented to the Court, and the Court having been advised that the Advisory Committee on Professional Ethics has reconsidered its decision in the above matter, it is ORDERED that the petitions for review are dismissed as moot.

STATE OF NEW JERSEY v. GREGORY D. MANNING.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL STRONG.

July 7, 1987.

Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF F.M.

July 7, 1987.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. R.G.D.*, 108 *N.J.* 1 (1987).

Jurisdiction is not retained.